IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MURRAY ROFFELD, et al. | * | |
| Plaintiffs, | * | |
| vs. | * | Civil Action No.: CB 98 CV 4210 |
| THI ROCKVILLE LIMITED PARTNERSHIP, AKA THI ROCKVILLE, L.P., et al. | * * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## STIPULATION AND ORDER OF DISMISSAL

WHEREAS, the Plaintiffs have filed the above captioned action against the Defendants alleging claims arising from their stay at the Doubletree Rockville Hotel in 1996 (the "Federal Action");

WHEREAS, the Defendants have filed a motion to dismiss the Federal Action on the ground that complete diversity of citizenship is lacking;

WHEREAS, the Plaintiffs desire to dismiss the Federal Action and assert the claims raised therein in a civil action to be filed in a Maryland state court (the "State Action").

It is agreed by and among the parties as follows:

1. The Federal Action shall be dismissed on the ground that complete diversity of citizenship is lacking. Such dismissal shall be without prejudice to the refiling of a State Action.

2. Provided Plaintiffs satisfy the requirements for application of Maryland Rule 2-101(b), the parties agree that the filing of a State Action in Maryland shall be treated as

PLD0263-L174-01
1/18/00

- 2 -

timely filed as to the Defendants. The parties agree that the entry of this Stipulation and Order of Dismissal shall be treated as an order of dismissal for lack of jurisdiction as set forth in Maryland Rule 2-101(b).

_Tracey Gann Turner/by TxG by permission_
Tracey Gann Turner #07371
Piper, Marbury, Rudnick & Wolfe, LLP
Charles Center South
36 South Charles Street
Baltimore, MD 21201
(410) 576-2398
Attorneys for Defendants

Thomas X. Glancy, Jr. #08373
Gordon, Feinblatt, Rothman,
 Hoffberger & Hollander, LLC
233 E. Redwood Street
Baltimore, MD 21202
(410) 576-4126
Attorneys for Plaintiffs

SO ORDERED: 1/21/00

The Honorable Catherine C. Blake